IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RICHARD DIAB,**

    Plaintiff,

  v.                                               No. CIV 14-0764 LH/LAM

**DETECTIVE DARCY MCDERMITT,**

    Defendant.

### ORDER DENYING WITHOUT PREJUDICE MOTION TO RELEASE TRANSCRIPTS AND EVIDENCE

**THIS MATTER** is before the Court on Plaintiff's *Motion to Release Transcripts/Evidence (Doc. 14)*, filed November 21, 2014. Once an answer or responsive pleading is filed in this case, the Court will evaluate the need to order Defendant to provide the Court with the necessary information to consider Plaintiff's claims. Therefore, the Court **FINDS** that Plaintiff's motion for transcripts and evidence is premature and shall be **DENIED without prejudice**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Release Transcripts/Evidence (Doc. 14)* is **DENIED without prejudice**

IT IS SO ORDERED.

                                        */s/ Lourdes A. Martínez*
                                        **UNITED STATES MAGISTRATE JUDGE**
                                        **LOURDES A. MARTÍNEZ**